GRACE LOTITO, Appellant, *v*. SAMUEL KYRIACUS et al., Respondents.

Submitted May 17, 1948; decided May 21, 1948.

*William Ryan* for motion.

No one opposed.

Motion dismissed, with $10 costs and necessary printing disbursements (see Civ. Prac. Act, § 589, subd. 1).